

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

James B. Bonham Corp., Appellant

No. 06-16-00026-CV      v.

The City of Corsicana, Appellee

Appeal from the 13th District Court of Navarro County, Texas (Tr. Ct. No. 08-17240-CV).  Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

 

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We further order that the appellant, James B. Bonham Corp., pay all costs of this appeal.

RENDERED NOVEMBER 29, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk